977 F.2d 568
 Hoots (Dorothy, Janelle, Jamie), Knight (Addrallace, Mrs.),
Natural Guardian of Knight (Ronald, Loretta, Terrance, Marc,
Byron), Smith (Barbara), Natural Guardian of Smith (Tawanda,
Tevela, Joseph, Wesley, Eric), Woody (Mae Helen), Jordon (Juanita)
v.
Commonwealth of Pennsylvania, Hallenberg (Edward), Allegheny
County Board of School Dir., Lewis (W. Deming), PA State Bd.
of Educ., Sullivan (Michael), Sch. Dist. of Bor. of
Braddock, Lisyak (Andrew), Sch.
 NO. 91-3318
 United States Court of Appeals,
Third Circuit.
 Sept 21, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 APPEAL DISMISSED.